IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>KEITH NELSON,<br><br>        *Defendant.* | No. 1:07-cr-0134 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND PROPOSED ORDER THEREON |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing currently set for October 15, 2007, be continued to **November 19, 2007, at 9:00 a.m. for a change of plea hearing.**

The continuance is at the request of defense counsel to allow defendant to have surgery scheduled for October 24, 2007, and time to recuperate prior go going into custody at the time of his sentencing.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED:  October 11, 2007                     MCGREGOR W. SCOTT
                                                                  United States Attorney

                                                                 By /s/ David L. Gappa
                                                                      DAVID L. GAPPA

Nelson - Stipulation and Proposed Order

|   |   |
|---|---|
|   | Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED:  October 11, 2007 | By /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Keith Nelson |

**ORDER**

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F), (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   October 11, 2007**             /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE

Nelson - Stipulation and Proposed Order                    2