# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Keith Nelson              **Docket Number:**   0972 1:07CR00134

**Name of Judicial Officer**:   Honorable Anthony W. Ishii

**Date of Original Sentence:**   1/7/2008

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors  (CLASS C FELONY)

**Original Sentence:** 78 months Bureau of Prisons; 120 months Supervised Release; $100 Special Assessment; Mandatory Drug Testing

**Special Conditions:** 1) Search; 2) Abstain from Alcohol Use; 3) Mental Health Treatment; 4) Aftercare Co-payment; 5) No On-Line Computer Access; 6) Computer Inspection; 7) Child Porn Restrictions; 8) Phone Record Disclosure; 9) Notice to Employer on Computer Restrictions; 10) Sex Offender Counseling; 11) No Contact With Minors

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   7/16/2013

**Other Court Actions:**  None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall have no contact with known children under the age of 18, excluding the defendant's own, minor children, unless approved by the probation officer in advance.  The defendant is not to loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18.  This shall include that the defendant is not to engage in any occupation, either paid or volunteer, that causes him/her to regularly contact known persons under the age of 18.

2. The defendant shall not possess, own, use, view, or read material depicting and/or describing sexually explicit conduct, including computer images, pictures, photographs, books, writings, drawings, videos, or video games. "Sexually explicit conduct" as defined in 18 U.S.C. § 2256(2) means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. Furthermore, the defendant shall not frequent places where the primary purpose is related to such material.

3. The defendant shall attend, cooperate with, and actively participate in a sex offender treatment and therapy program [which may include, but is not limited to, risk assessment, polygraph examination and/or Visual Reaction Treatment] as approved and directed by the probation officer and as recommended by the assigned treatment provider.

4. The defendant's resident shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18.

**Justification:** On May 24, 2014, the offender completed a polygraph examination. During the pre-examination interview, the offender admitted he viewed adult and child pornography at the end of 2013. The offender reported to the probation officer while he was cleaning his house, he found a DVD with no label. He viewed the DVD and found it contained adult and child pornography. He destroyed the DVD in the microwave. A second polygraph was conducted to determine if the offender was telling the truth about viewing adult and child pornography on just the one occasion. The results of the polygraph reported the offender was truthful.

The offender was sentenced in 2008, under the Eastern District of California's old search and pornography conditions. The above requested modifications would bring his conditions up-to-date with the Eastern District of California's current sex offender supervision practices. The offender has signed a Probation 49 – Waiver, agreeing to this modification.

Respectfully submitted,

/s/ Megan Pascual

**Megan Pascual**
**United States Probation Officer**
Telephone: (559) 499-5732

**DATED:** 8/7/2014

Reviewed by,

/s/ Tim Mechem

**Tim Mechem**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒ Modification approved as recommended.

☐ Modification not approved at this time.  Probation Officer to contact Court.

☐ Other

IT IS SO ORDERED.

Dated:   August 8, 2014                                        _____
                                                                                SENIOR  DISTRICT  JUDGE