IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:07-cr-00134-AWI |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| KEITH NELSON, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on February 16, 2016 to 23 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  February 16, 2016              _____

SENIOR DISTRICT JUDGE

Order of Release - 1